UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG,

                          Plaintiff,

-v-

1412 BROADWAY ROOFTOP LLC,
                          Defendant.

19-CV-8406 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This action was filed on September 11, 2019. However, the docket reflects that Plaintiff has not served Defendant. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within 90 days after the complaint is filed.

    Plaintiff is directed to advise the Court in writing why he has failed to serve the summons and complaint on Defendant within the 90-day period, or, if Defendant has been served, when and in what manner such service was made. If no written communication is received by January 16, 2020, showing good cause why such service was not made within 90 days, the Court will dismiss the case.

    SO ORDERED.

Dated: January 9, 2020
       New York, New York

                                          J. PAUL OETKEN
                                        United States District Judge