UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG,
         Plaintiff,

   -v-

1412 BROADWAY ROOFTOP LLC,
         Defendant.

19-CV-8406 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  Plaintiff's affidavit of service is hereby accepted. Defendant was served on September 16, 2019. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

  Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

  If Plaintiff fails by February 13, 2020, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

  Plaintiff is directed to serve a copy of this order by mail on Defendant.

  The Clerk of Court is directed to close the motion at Docket Number 7.

  SO ORDERED.

Dated: January 14, 2020
   New York, New York

                 _____
                   J. PAUL OETKEN
                  United States District Judge