UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG,
                         Plaintiff,

         -v-

1412 BROADWAY ROOFTOP LLC,
                         Defendant.

19-CV-8406 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on September 16, 2019. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment. Noting this, on January 14, 2020, this Court ordered Plaintiff to either file a letter concerning the status of this case or move for default judgment by February 13, 2020. (Dkt. No. 8.) Plaintiff was specifically warned that failure to do so may result in dismissal of this case for failure to prosecute. (*Id.*) There has been no further communication with the Court.

    Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                                   J. PAUL OETKEN
                                                   United States District Judge